UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Carl Mahan Jr-El,

    Plaintiff,

v.                                          Case No. 2:07-CV-10663

Shamirany Golani, D.D.S.,         Honorable Sean F. Cox
Jane Doe, Dental Aisst,
Linda Williams, M.R.S. Counslor, and
Donald Hill, M.R.S., Manager,

    Defendants.
_____/

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

"[F]ederal courts have an independent obligation to investigate and police the boundaries of their own jurisdiction." *Douglas v. E.F. Baldwin & Assocs., Inc.*, 150 F.3d 604, 607 (6th Cir. 1998).

Acting *pro se*, Plaintiff Carl Mahan Jr-El ("Plaintiff") filed this action on February 14, 2007. Plaintiff's complaint does not, however, identify any basis upon which this Court may exercise subject matter jurisdiction over this matter.

On February 21, 2007, this Court therefore issued an "Order to Show Cause" that ordered Plaintiff to show cause, in writing, on or before March 6, 2007, why this case should not be dismissed for lack of subject matter jurisdiction. To date, however, Plaintiff has failed to respond to the February 21, 2007 Order to Show Cause.

Accordingly, **IT IS ORDERED** that this action is hereby **DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION.**

    **IT IS SO ORDERED.**

        S/Sean F. Cox\
        Sean F. Cox\
        United States District Judge

Dated:  March 19, 2007

I hereby certify that a copy of the foregoing document was served upon Carl Mahan Jr.-El by First Class mail on March 19, 2007, at the address below:

**Carl Mahan, Jr.**\
20525 Cherrylawn\
Detroit, MI 48221

        S/J. Hernandez\
        Case Manager